B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>McCaffrey, Richard J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>McCaffrey, Jane E. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-3759 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0609 |
| Street Address of Debtor (No. and Street, City, and State):<br>505 Haddington Circle<br>Inverness, IL                                    ZIP Code 60010 | Street Address of Joint Debtor (No. and Street, City, and State):<br>505 Haddington Circle<br>Inverness, IL                                   ZIP Code 60010 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):                             ZIP Code | Mailing Address of Joint Debtor (if different from street address):                             ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | McCaffrey, Richard J.<br>McCaffrey, Jane E. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | McCaffrey, Richard J.<br>McCaffrey, Jane E. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Richard McCaffrey*
Signature of Debtor Richard J. McCaffrey

X */s/ Jane E. McCaffrey*
Signature of Joint Debtor Jane E. McCaffrey

Telephone Number (If not represented by attorney)

May 10, 2012
Date

### Signature of Attorney*

X */s/ Steve Chaiken*
Signature of Attorney for Debtor(s)

Steven B. Chaiken, Esq. ARDC #6272045
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050
Telephone Number

May 11, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re: Richard J. McCaffrey / Jane E. McCaffrey, Debtor(s)

Case No. _____
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 92

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: May 10, 2012

/s/ Richard J. McCaffrey
Signature of Debtor

Date: May 10, 2012

/s/ Jane E. McCaffrey
Signature of Debtor

Active Glass Co., Inc.
1530 Landmeier Road
Elk Grove Village, IL 60007


ADT Security Services
P.O. Box 371490
Pittsburgh, PA 15250


ADT Security Services, Inc.
c/o CT Corporation System
Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Air Services Company
108 Gateway Road
Bensenville, IL 60106


All American Exteriors
150 Oakwood Road
Lake Zurich, IL 60047


Alliance Concrete
Sawing & Drilling IV, LLC
570 Rock Road Drive, Unit N
Des Plaines, IL 60018


Ally Finance
c/o CT Corporation Sytems
Registered Agent
208 S. LaSalle St., Ste. 814
Chicago, IL 60604


Ally Finance
P.O. Box 200
Detroit, MI 48265


Arlington Structural Steel
1727 E Davis Street
Arlington Heights, IL 60005


Ascend Real Estate Group LLC
912 W. Lake St.
Chicago, IL 60607-1707

Ascher Brothers Inc.
3033 West Fletcher Street
Chicago, IL 60618


AT&T
c/o Midland Bankruptcy
5407 Andrews Hwy
Midland, TX 79706


AT&T Phone Services
c/o CT Corporation System
Registered Agent
208 S. LaSalle St., Ste. 814
Chicago, IL 60604


AT&T Phone Services
P.O. Box 5080
Carol Stream, IL 60197


ATMI Dynacore
551 S. Independence Blvd.
Lockport, IL 60441


Atomatic Mechanical Services, Inc.
3733 North Ventura Drive
Arlington Heights, IL 60004


Barrington Bank & Trust Company, N.A.
201 S. Hough St.
Barrington, IL 60010


BMO Harris Bank
1680 Algonquin Rd
Hoffman Estates, IL 60192


Brian McCaffrey
775 Park Lane
Schaumburg, IL 60195


C.B.M. Plumbing
307 W. North Street
Itasca, IL 60143

```
CitiBank Card (2636)
Box 6500
Sioux Falls, SD 57117


CitiBank Card (4957)
Box 6500
Sioux Falls, SD 57117


Colleen Hayes
6478 Lakehurst Ave.
Dallas, TX 75230


Comcast
c/o CT Corporation Service
Registered Agent
208 S. LaSalle St., Ste. 814
Chicago, IL 60604


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


ComEd
c/o CT Corporation System
Registered Agent
208 S. LaSalle St., Ste. 814
Chicago, IL 60604


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Connelly Electric
40 S Addison Road, Suite 100
Addison, IL 60101


Control Engineering Corporation
2000 York Road, Suite 102
Oak Brook, IL 60523


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468
```

David & Colleen Hayes
6478 Lakehurst Ave.
Dallas, TX 75230

David B. Wills & Assoc
1526 West Church Street
Newark, OH 43055

Davis & Hosfield Consulting LLC
20 N Wacker Drive
Suite 2150
Chicago, IL 60606

Dearborn Overhead Cranes
1133 E 5th Street
Mishawaka, IN 46544

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Dr. Glen Schwartz
Busse Center, Suite 7200
880 West Central Road
Arlington Heights, IL 60005

Dr. Lawrence Wolin
1602 Central Rd.
Arlington Heights, IL 60005

Dr. Michael Glickman
Affinity Healthcare
1538 N. Arlington Hts. Rd.
Arlington Heights, IL 60004-3906

Dr. Richard Broderick
Busse Center Suite 6100
880 W. Central
Arlington Heights, IL 60004

Dr. Russ Nockels
2160 S 1st Avenue
Building 105, Suite 1900
Maywood, IL 60153

Dr. Steven Lupovitch
1632 W. Central Rd.
Arlington Heights, IL 60005


Dr. Thomas Kim
415 W. Golf Rd.
Arlington Heights, IL 60005


Dukane Precast
1805 High Grove Lane, Ste 137
Naperville, IL 60540


Epic Building Group, Inc.
179 Circle Avenue
Bloomingdale, IL 60108


F.J. Bero & Company
1629 Weld Road
Elgin, IL 60123


Fairborn Equipment Company
PO Box 123
Upper Sandusky, OH 43351


Foundation Service Corporation
220 Waterloo Road
Hudson, IA 50643


G&S Grouting & Caulking
382 S Fletcher Drive
Wheeling, IL 60090


Global Fire Protection Company
5121 Thatcher Road
Downers Grove, IL 60515


Grubb & Ellis Company
9550 W Higgins Road
Suite 1050
Des Plaines, IL 60018


Guanci & Guanci, LP
c/o S&D Products, Inc.
1390 Schiferl Road
Addison, IL 60101

Healthcare Service Corporation
25550 Network Place
Chicago, IL 60673-1255


House of Doors
9038 West Ogden Avenue
Brookfield, IL 60513


Hydro Dramatics
1228 South Eighth Street
Saint Louis, MO 63104


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664


Illinois Dept. of Employment Security
Bankruptcy Unit Collection Subdivision
33 South State Street, 10th Floor
Chicago, IL 60603


Interior Concepts, Inc.
7150 N Ridgeway
Lincolnwood, IL 60712


Interiors for Business, Inc.
409 N. River Street
Batavia, IL 60510


Internal Revenue Service
Special Procedures Branch
230 S. Dearborn, Suite 3030A
Attn: STOP 5010-CHI
Chicago, IL 60604


James McCaffrey
3223 Lemmon Ave, Apt 2108
Dallas, TX 75204

JAMS, INC.
c/o Registered Agent Solutions
901 S. 2nd St., Suite 201
Springfield, IL 62704


JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051


Kane County Collector
PO Box 4025
Geneva, IL 60134


Loberg Miki & O'Brien  LLP
814 W. State St., Ste. 202
Geneva, IL 60134


Lombard Architectural
Precast Products Co.
4245 West 123rd Street
60803


Loyola University Hospital
2160 S. 1st Avenue
Maywood, IL 60153


M Ecker & Co.
9525 W Bryn Mawr, Suite 900
Des Plaines, IL 60018


McCaffrey Family LP
505 Haddington Circle
Inverness, IL 60010


McCaffrey3, Inc.
3 Golf Center #329
Hoffman Estates, IL 60169


Merchants & Manufacturers Bank
c/o Laurence G. Foy, Registered Agent
801 S. Briggs St.
Joliet, IL 60433

Merchants & Manufacturers Bank
601 E. Cass St.
Joliet, IL 60432


MTH Industries
One MTH Plaza
IL 60182


Nicor Gas
c/o IL Corporation Service Co.
Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Northwest Community Health Partners
675 W. Central Road, Suite 200
Arlington Heights, IL 60005


Northwest Community Hospital
800 W. Central Road
Arlington Heights, IL 60004


Otto Damgaard Sons
PO Box 70
Kaneville, IL 60144


Phoenix II, LLC
505 Haddington Circle
Inverness, IL 60010


Pircher, Nichols & Meeks
PO Box 513265
Los Angeles, CA 90051


Saban Company
255 Commonwealth Drive
Carol Stream, IL 60188


Schindler Elevator Corporation
853 N Church Street
Elmhurst, IL 60126

Schuepfer, Inc.
1020 E. Addison Court
Arlington Heights, IL 60005


Stahl Cowen
55 W. Monroe, Suite 1200
Chicago, IL 60603


Surface Solutions
1500 Foundry Park, Suite 1
Saint Charles, IL 60174


Teresa Turner
451 Ann St.
Cary, IL 60013


Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592


The Terminix International Company, L.P.
860 Ridge Lake Blvd.
Memphis, TN 38120


Troch-McNeil Paving Co., Inc.
2425 Pan Am Blvd
Elk Grove Village, IL 60007


US Bank
1586 N. Rand Rd.
Palatine, IL 60074


Village of Barrington
200 S. Hough St.
Barrington, IL 60010