| | | |
|---|---|---|
| Brian Audette | The Honorable: | CAROL A. DOYLE |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 742, Chicago, IL |
| Ste. 1700 | Hearing Date: | / / |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MCCAFFREY, RICHARD J. § Case No. 12-19309
      MCCAFFREY, JANE E. §
       §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 11, 2012. The undersigned trustee was appointed on May 11, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of   $76,735.69

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 17,440.47 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 44,295.22 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 11/23/2012 and the deadline for filing governmental claims was 11/07/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,336.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $6,336.78, for a total compensation of $6,336.78.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2015     By: /s/Brian Audette
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Period Ending:** 03/30/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 05/11/12 (f)  
**§341(a) Meeting Date:** 07/16/12  
**Claims Bar Date:** 11/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | VOIDED  DUPLICATE: Imported from original petition Doc# 16. Imported again as Asset #2 (Amended Schedule filed to correct property address). | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Single Family Residence 147 Homewood Drive Fairm  Imported from Amended Doc#: 22 | 15,357.00 | 15,357.00 | | 8,000.00 | FA |
| 3 | Cash  Imported from Amended Doc#: 22 | 248.00 | 0.00 | | 0.00 | FA |
| 4 | BMO Harris Bank (est) (checking account ending x  Imported from Amended Doc#: 22 | 80.00 | 0.00 | | 0.00 | FA |
| 5 | BMO Harris Bank (est) (checking account ending x  Imported from Amended Doc#: 22 | 58.00 | 0.00 | | 0.00 | FA |
| 6 | US Bank (est) (checking account ending x4637)  Imported from Amended Doc#: 22 | 60.00 | 0.00 | | 0.00 | FA |
| 7 | US Bank (est) (savings account ending x0852)  Imported from Amended Doc#: 22 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | See Attached Rider to Schedule B (estimated valu  Imported from Amended Doc#: 22 | 12,000.00 | 12,000.00 | | 4,000.00 | FA |
| 9 | 4 framed prints (estimated value at $200 each wi  Imported from Amended Doc#: 22 | 800.00 | 800.00 | | 800.00 | FA |
| 10 | Coin Set containing four silver coins commemorat  Imported from Amended Doc#: 22 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Personal clothing of Jane McCaffrey (estimated v  Imported from Amended Doc#: 22 | 500.00 | 300.00 | | 0.00 | FA |
| 12 | Personal clothing of Richard McCaffrey (estimate  Imported from Amended Doc#: 22 | 200.00 | 200.00 | | 0.00 | FA |
| 13 | Wedding ring, crucifix, and misc. costume jewelr  Imported from Amended Doc#: 22 | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2 gentlemen's wrist watches (estimated value wit  Imported from Amended Doc#: 22 | 150.00 | 150.00 | | 150.00 | FA |
| 15 | Treadmill, Weight lifting set, and ping pong tab  Imported from Amended Doc#: 22 | 600.00 | 600.00 | | 600.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Period Ending:** 03/30/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 05/11/12 (f)  
**§341(a) Meeting Date:** 07/16/12  
**Claims Bar Date:** 11/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 Variable life insurance policy with Prudential L<br>Imported from Amended Doc#: 22 | 93,962.72 | 93,862.72 | | 0.00 | FA |
| 17 Variable universal life insurance policy with Am<br>Imported from Amended Doc#: 22 | 76,608.32 | 76,508.32 | | 0.00 | FA |
| 18 Annuity with the Hartford Life Insurance Compani<br>Imported from Amended Doc#: 22 | 5,396.40 | 5,296.40 | | 0.00 | FA |
| 19 McCaffrey Design, Inc. (100% ownership interest)<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 20 McCaffrey3, Inc. ("M3") (100% ownership interest<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 21 Mc Marketing (100% ownership interest) - sole pr<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 22 Class B Membership interest in CD Hayes Holdings<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 23 McCaffrey Family Limited Partnership ("MFLP") (1<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 24 Loans to McCaffrey Design which the Debtors beli<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 25 Loans to McCaffrey3, Inc. which the Debtors beli<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 26 Loans to McCaffrey3, Inc. which the Debtors beli<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 27 Loans to Brian and Debra McCaffrey which the Deb<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 28 2011 Joint Tax Refunds (both Federal and State)<br>Imported from Amended Doc#: 22 | 1,459.00 | 0.00 | | 0.00 | FA |
| 29 Personal injury claim related to 2011 auto accid<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 61,735.69 | FA |
| 30 Various calculations, spreadsheet formulations,<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 31 Published and unpublished articles, essays and o<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Period Ending:** 03/30/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 05/11/12 (f)  
**§341(a) Meeting Date:** 07/16/12  
**Claims Bar Date:** 11/23/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | 2008 Pontiac G6 (VIN 1G2ZH361984140140) - 21,742<br>Imported from Amended Doc#: 22 | 16,000.00 | 4,867.79 | | 1,150.00 | FA |
| 33 | 2010 Buick Enclave WIN 5GALRBED4AJ211435) - 55,9<br>Imported from Amended Doc#: 22 | 24,000.00 | 0.00 | | 0.00 | FA |
| 34 | Computer, iPad, desk with credenza, chair, file<br>Imported from Amended Doc#: 22 | 400.00 | 300.00 | | 300.00 | FA |
| 34 | **Assets** Totals (Excluding unknown values) | **$250,579.44** | **$210,242.23** | | **$76,735.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Personal injury lawsuit has settled. Special counsel is settling up with Medicare on their lien, then Trustee will move to approve the settlement and proceed with TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Taxpayer ID #:** **-***0655  
**Period Ending:** 03/30/15

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/19/13 | | Jane E. McCaffrey & Richard J. McCaffrey | Purchase of equity in multiple assets per 10/23/13 court order | | | 15,000.00 | | 15,000.00 |
| | {2} | | | 8,000.00 | 1110-000 | | | 15,000.00 |
| | {8} | | | 4,000.00 | 1129-000 | | | 15,000.00 |
| | {9} | | | 800.00 | 1129-000 | | | 15,000.00 |
| | {14} | | | 150.00 | 1129-000 | | | 15,000.00 |
| | {15} | | | 600.00 | 1129-000 | | | 15,000.00 |
| | {32} | | | 1,150.00 | 1229-000 | | | 15,000.00 |
| | {34} | | | 300.00 | 1229-000 | | | 15,000.00 |
| 08/07/14 | | Rapoport Law Offices, P.C. | | | | 44,295.22 | | 59,295.22 |
| | {29} | | Payment per 06/25/14 court order | 95,000.00 | 1129-000 | | | 59,295.22 |
| | {29} | Rapoport Law Offices, P.C. | Special counsel fees per 06/25/14 court order | -31,666.66 | 1129-000 | | | 59,295.22 |
| | {29} | Rapoport Law Offices, P.C. | Special counsel expenses per 06/25/14 court order | -1,597.65 | 1129-000 | | | 59,295.22 |
| | {29} | Medicare | Payment of lien per 06/25/14 court order | -17,440.47 | 1142-000 | | | 59,295.22 |
| 08/07/14 | {29} | American Family Insurance Group - Madison, Wisconsin | | | 1129-000 | 17,440.47 | | 76,735.69 |
| 08/14/14 | 101 | Medicare | Payment per 06.25.14 court order | | 4220-000 | | 17,440.47 | 59,295.22 |
| 08/14/14 | 102 | Richard J. McCaffrey | Payment per 06.25.14 court order | | 8100-002 | | 15,000.00 | 44,295.22 |
| | | | **ACCOUNT TOTALS** | | | 76,735.69 | 32,440.47 | **$44,295.22** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 76,735.69 | 32,440.47 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$76,735.69** | **$17,440.47** | |

{} Asset reference(s)

Printed: 03/30/2015 11:51 AM     V.13.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-19309 | | **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| **Case Name:** | MCCAFFREY, RICHARD J. | | **Bank Name:** | Rabobank, N.A. |
| | MCCAFFREY, JANE E. | | **Account:** | ******7566 - Checking Account |
| **Taxpayer ID #:** | **-***0655 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/30/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | | | | |
| | **Checking # ******7566** | | | 76,735.69 | 17,440.47 | 44,295.22 |
| | | | | $76,735.69 | $17,440.47 | $44,295.22 |

{} Asset reference(s)                                                                                                 Printed: 03/30/2015 11:51 AM    V.13.21

# Exhibit C - Claims Register

### Case: 12-19309  MCCAFFREY, RICHARD J.

Claims Bar Date: 11/23/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>05/11/12 |  | $6,336.78<br>$6,336.78 | $0.00 | $6,336.78 |
|  | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>05/11/12 |  | $5,072.00<br>$5,072.00 | $0.00 | $5,072.00 |
|  | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>05/11/12 |  | $514.20<br>$514.20 | $0.00 | $514.20 |
| 1 | Dearborn Crane & Engineering Co<br>dba Dearborn Overhead Cranes<br>1133 E 5th Street<br>Mishawaka, IN 46544-2831<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/10/12 |  | $5,287.73<br>$5,287.73 | $0.00 | $5,287.73 |
| 2 | US BANK NA<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/24/12 |  | $410.23<br>$410.23 | $0.00 | $410.23 |
| 3 | Merchants & Manufacturers Bank<br>Brotschul Potts LLC,,c/o J. Ryan<br>Potts,230 W. Monroe Street, Suite 230<br>Chicago, IL 60606<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/20/12 |  | $14,960.00<br>$14,960.00 | $0.00 | $14,960.00 |
| 4 | Barrington Bank & Trust Company, N.A.<br>c/o Francisco E. Connell<br>30 S. Wacker Dr., Ste 2600<br>Chicago, IL 60606<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/21/12 |  | $3,216,793.99<br>$3,216,793.99 | $0.00 | $3,216,793.99 |
| 5 | Ally Bank serviced by Ally Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/19/14 | Tardy claim | $6,945.20<br>$0.00 | $0.00 | $0.00 |
|  |  |  | **Case Total:** |  | **$0.00** | **$3,249,374.93** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 12-19309
Case Name: MCCAFFREY, RICHARD J.
Trustee Name: Brian Audette

**Balance on hand:**                $       44,295.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    44,295.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 6,336.78 | 0.00 | 6,336.78 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 5,072.00 | 0.00 | 5,072.00 |
| Attorney for Trustee, Expenses - Perkins Coie LLP | 514.20 | 0.00 | 514.20 |

Total to be paid for chapter 7 administration expenses:    $    11,922.98
Remaining balance:                                         $    32,372.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:                                             $    32,372.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   |   |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 32,372.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,237,451.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Dearborn Crane & Engineering Co | 5,287.73 | 0.00 | 52.87 |
| 2 | US BANK NA | 410.23 | 0.00 | 4.10 |
| 3 | Merchants & Manufacturers Bank | 14,960.00 | 0.00 | 149.59 |
| 4 | Barrington Bank & Trust Company, N.A. | 3,216,793.99 | 0.00 | 32,165.68 |

|   |   |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 32,372.24 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|   |   |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**