| | | |
|---|---|---|
| Brian Audette | The Honorable: | CAROL A. DOYLE |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 742, Chicago, IL |
| Ste. 1700 | Hearing Date: | 04/23/2015 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MCCAFFREY, RICHARD J.         §<br>         MCCAFFREY, JANE E.         §<br>                                                          §<br>Debtor(s)                                              § | Case No. 12-19309 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Brian Audette</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 04/23/2015 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/01/2015          By:  Brian A. Audette
                                                Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | CAROL A. DOYLE |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 742, Chicago, IL |
| Ste. 1700 | Hearing Date: | 04/23/2015 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MCCAFFREY, RICHARD J.  § Case No. 12-19309
MCCAFFREY, JANE E.  §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $   76,735.69

*and approved disbursements of*  $   32,440.47

*leaving a balance on hand of* [1]  $   44,295.22

**Balance on hand:**  $   44,295.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   44,295.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 6,336.78 | 0.00 | 6,336.78 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 5,072.00 | 0.00 | 5,072.00 |
| Attorney for Trustee, Expenses - Perkins Coie LLP | 514.20 | 0.00 | 514.20 |

Total to be paid for chapter 7 administration expenses:  $   11,922.98
Remaining balance:  $   32,372.24

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

```
Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                            $   32,372.24
```

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

```
Total to be paid for priority claims:   $        0.00
Remaining balance:                      $   32,372.24
```

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,237,451.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dearborn Crane & Engineering Co | 5,287.73 | 0.00 | 52.87 |
| 2 | US BANK NA | 410.23 | 0.00 | 4.10 |
| 3 | Merchants & Manufacturers Bank | 14,960.00 | 0.00 | 149.59 |
| 4 | Barrington Bank & Trust Company, N.A. | 3,216,793.99 | 0.00 | 32,165.68 |

```
Total to be paid for timely general unsecured claims:   $   32,372.24
Remaining balance:                                      $        0.00
```

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

Prepared By: /s/Brian Audette
                         Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                              Case No. 12-19309-CAD
Richard J. McCaffrey                                                Chapter 7
Jane E. McCaffrey
      Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 3                  Date Rcvd: Apr 02, 2015
                              Form ID: pdf006             Total Noticed: 105


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2015.
db/jdb        +Richard J. McCaffrey,    Jane E. McCaffrey,    505 Haddington Circle,   Inverness, IL 60010-6111
aty           +Perkins Coie LLP,    131 South Dearborn Street,    Suite 1700,   Chicago, IL 60603-5559
18898232      +ADT Security Services,    P.O. Box 371490,    Pittsburgh, PA 15250-7490
18898233      +ADT Security Services, Inc.,    c/o CT Corporation System,   Registered Agent,
                208 S. LaSalle St., Suite 814,    Chicago, IL 60604-1101
18898243      +AT&T Phone Services,    c/o CT Corporation System,    Registered Agent,
                208 S. LaSalle St., Ste. 814,    Chicago, IL 60604-1101
18898244      +AT&T Phone Services,    P.O. Box 5080,    Carol Stream, IL 60197-5080
18898245      +ATMI Dynacore,    551 S. Independence Blvd.,    Lockport, IL 60441-4042
18898231      +Active Glass Co., Inc.,    1530 Landmeier Road,    Elk Grove Village, IL 60007-2416
18898235      +All American Exteriors,    150 Oakwood Road,    Lake Zurich, IL 60047-1517
18898236       Alliance Concrete,    Sawing & Drilling IV, LLC,    570 Rock Road Drive, Unit N,
                Des Plaines, IL 60018
19107084      +Ally Finance,    c/o CT Corporation System,    Registered Agent,   208 S. LaSalle Sl,Ste. 814,
                Chicago, IL 60604-1101
18898237      +Ally Finance,    c/o CT Corporation Sytems,    Registered Agent,   208 S. LaSalle St., Ste. 814,
                Chicago, IL 60604-1101
18898239      +Arlington Structural Steel,    1727 E Davis Street,    Arlington Heights, IL 60005-2886
18898240       Ascend Real Estate Group LLC,    912 W. Lake St.,    Chicago, IL 60607-1707
18898241      +Ascher Brothers Inc.,    3033 West Fletcher Street,    Chicago, IL 60618-6901
18898246      +Atomatic Mechanical Services, Inc.,    3733 North Ventura Drive,
                Arlington Heights, IL 60004-7952
18898248      +BMO Harris Bank,    1680 Algonquin Rd,    Hoffman Estates, IL 60192-1587
20972114      +Barrington Bank & Tr Co,    201 S. Hough St.,   Barrington, IL 60010-4364
18898247      +Barrington Bank & Trust Company, N.A.,    c/o Francisco E. Connell,   30 S. Wacker Dr., Ste 2600,
                Chicago, IL 60606-7512
18898249      +Brian McCaffrey,    775 Park Lane,    Schaumburg, IL 60192-1421
20972115      +Brian and Debra McCaffrey,    775 Park Lane,    Hoffman Estates, IL 60192-1421
18898250      +C.B.M. Plumbing,    307 W. North Street,    Itasca, IL 60143-1656
20972117      +CNA Surety,    POB 5077,   Sioux Falls, SD 57117-5077
20972116      +CNA Surety,    c/o The Corporation Tr. Co,   Corporation Trust Center,    1209 Orange St.,
                Wilmington, DE 19801-1196
18898251      +CitiBank Card (2636),    Box 6500,    Sioux Falls, SD 57117-6500
18898252      +CitiBank Card (4957),    Box 6500,    Sioux Falls, SD 57117-6500
18898253      #+Colleen Hayes,    6478 Lakehurst Ave.,    Dallas, TX 75230-5131
18898256      +ComEd,   c/o CT Corporation System,    Registered Agent,    208 S. LaSalle St., Ste. 814,
                Chicago, IL 60604-1101
18898255       Comcast,    P.O. Box 3001,   Southeastern, PA 19398-3001
18898254      +Comcast,    c/o CT Corporation Service,    Registered Agent,   208 S. LaSalle St., Ste. 814,
                Chicago, IL 60604-1101
18898258      +Connelly Electric,    40 S Addison Road, Suite 100,    Addison, IL 60101-3881
18898260       Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
18898261      #+David & Colleen Hayes,    6478 Lakehurst Ave.,   Dallas, TX 75230-5131
18898262      +David B. Wills & Assoc,    1526 West Church Street,    Newark, OH 43055-1532
18898263      +Davis & Hosfield Consulting LLC,    20 N Wacker Drive,    Suite 2150,   Chicago, IL 60606-3006
19422488       Dearborn Crane & Engineering Co,    dba Dearborn Overhead Cranes,    1133 E 5th Street,
                Mishawaka, IN 46544-2831
18898264      +Dearborn Overhead Cranes,    1133 E 5th Street,   Mishawaka, IN 46544-2831
18898266      +Dr. Glen Schwartz,    Busse Center, Suite 7200,    880 West Central Road,
                Arlington Heights, IL 60005-2355
18898267      +Dr. Lawrence Wolin,    1602 Central Rd.,    Arlington Heights, IL 60005-2407
18898268       Dr. Michael Glickman,    Affinity Healthcare,   1538 N. Arlington Hts. Rd.,
                Arlington Heights, IL 60004-3906
18898269      +Dr. Richard Broderick,    Busse Center Suite 6100,    880 W. Central,
                Arlington Heights, IL 60005-2355
18898270      +Dr. Russ Nockels,    2160 S 1st Avenue,    Building 105, Suite 1900,   Maywood, IL 60153-3328
18898271      +Dr. Steven Lupovitch,    1632 W. Central Rd.,   Arlington Heights, IL 60005-2407
18898272      +Dr. Thomas Kim,    415 W. Golf Rd.,    Arlington Heights, IL 60005-3929
20972118      +DuPage Paper Stock,    1001 Phoenix Lake Ave.,   Streamwood, IL 60107-2357
18898273      +Dukane Precast,    1805 High Grove Lane, Ste 137,    Naperville, IL 60540-3987
18898274      +Epic Building Group, Inc.,    179 Circle Avenue,    Bloomingdale, IL 60108-1711
18898275      +F.J. Bero & Company,    1629 Weld Road,   Elgin, IL 60123-5825
18898276      +Fairborn Equipment Company,    PO Box 123,    Upper Sandusky, OH 43351-0123
18898277      +Foundation Service Corporation,    220 Waterloo Road,    Hudson, IA 50643-9717
18898278      +G&S Grouting & Caulking,    382 S Fletcher Drive,    Wheeling, IL 60090-4542
18898279      +Global Fire Protection Company,    5121 Thatcher Road,    Downers Grove, IL 60515-4029
18898281       Guanci & Guanci, LP,    c/o S&D Products, Inc.,   1390 Schiferl Road,    Addison, IL 60101
18898282       Healthcare Service Corporation,    25550 Network Place,   Chicago, IL 60673-1255
18898283      +House of Doors,    9038 West Ogden Avenue,    Brookfield, IL 60513-2041
18898284      +Hydro Dramatics,    1228 South Eighth Street,   Saint Louis, MO 63104-3610
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 3                   Date Rcvd: Apr 02, 2015
                              Form ID: pdf006             Total Noticed: 105


18898285       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     100 W. Randolph,
                 Bankruptcy Section-Level 7-425,    Chicago, IL 60601)
18898286       +Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
18898287       +Illinois Dept. of Employment Security,    Bankruptcy Unit Collection Subdivision,
                 33 South State Street, 10th Floor,    Chicago, IL 60603-2808
18898288       +Interior Concepts, Inc.,    7150 N Ridgeway,    Lincolnwood, IL 60712-2622
18898289       +Interiors for Business, Inc.,    409 N. River Street,    Batavia, IL 60510-2359
20972130       +International Fidelity Ins Co.,    One Newark Center,    Newark, NJ 07102-5232
20972120       +International Fidelity Insurance Company,    One Newark Center,    Newark, NJ 07102-5232
18898292       +JAMS, INC.,   c/o Registered Agent Solutions,    901 S. 2nd St., Suite 201,
                 Springfield, IL 62704-7909
18898293       +JAMS, Inc.,   P.O. Box 512850,    Los Angeles, CA 90051-0850
18898294       +Kane County Collector,    PO Box 4025,   Geneva, IL 60134-4025
18898295        Loberg Miki & O'Brien LLP,    814 W. State St., Ste. 202,    Geneva, IL 60134
18898296       +Lombard Architectural,    Precast Products Co.,    4245 West 123rd Street,    60803-1805
18898297       +Loyola University Hospital,    2160 S. 1st Avenue,    Maywood, IL 60153-5500
18898298       +M Ecker & Co.,    9525 W Bryn Mawr, Suite 900,    Des Plaines, IL 60018-5264
20972131       +Mac Constr Corp,   c/o Jeffrey J. Stahl,    55 W. Monroe St., Ste 1200,    Chicago, IL 60603-5127
18898299       +McCaffrey Family LP,    505 Haddington Circle,    Inverness, IL 60010-6111
18898300       +McCaffrey3, Inc.,    3 Golf Center #329,   Hoffman Estates, IL 60169-4910
20972121       +Merchants & Manufacturer Bank,    c/o Laurence G. Foy, Reg Agent,    801 S. Briggs St.,
                 Joliet, IL 60433-9591
18898301       +Merchants & Manufacturers Bank,    Brotschul Potts LLC,,    c/o J. Ryan Potts,
                 230 W. Monroe Street, Suite 230,    Chicago, Illinois 60606-4736
18898302       +Merchants & Manufacturers Bank,    601 E. Cass St.,    Joliet, IL 60432-2908
20972122        NAI Hiffman Asset Management,    426 Eisenhower Lane N,    Lombard, IL 60148
18898304       +Nicor Gas,   c/o IL Corporation Service Co.,    Registered Agent,    801 Adlai Stevenson Drive,
                 Springfield, IL 62703-4261
20972123       +Northbrook Properties,    555 Skokie Blvd., Suite 555,    Northbrook, IL 60062-2854
18898306       +Northwest Community Health Partners,    675 W. Central Road, Suite 200,
                 Arlington Heights, IL 60005-2363
18898307       +Northwest Community Hospital,    800 W. Central Road,    Arlington Heights, IL 60005-2349
18898308       +Otto Damgaard Sons,    PO Box 70,   Kaneville, IL 60144-0070
19107085       +Phoenix II, LLC,    3 Golf Center #329,   Hoffman Estates. IL 60169-4910
20972132       +Phoenix II, LLC,    c/o Jeffrey J. Stahl,   55 W. Monroe St.,,    Suite 1200,
                 Chicago, IL 60603-5127
18898309       +Phoenix II, LLC,    505 Haddington Circle,    Inverness, IL 60010-6111
18898310       +Pircher, Nichols & Meeks,    PO Box 513265,   Los Angeles, CA 90051-3265
20972124       +Proud Properties,    c/o Thomas J. Melinger,    700 Phoenix Lake Ave,    Streamwood, IL 60107-2277
20972125       +RCS Investments,    c/o Shared Imaging, Inc.,    801 Phoenix Lake Ave,
                 Streamwood, IL 60107-2363
18898312       +Schindler Elevator Corporation,    853 N Church Street,    Elmhurst, IL 60126-1036
18898313       +Schuepfer, Inc.,    1020 E. Addison Court,    Arlington Heights, IL 60005-4702
18898314       +Stahl Cowen,    55 W. Monroe, Suite 1200,   Chicago, IL 60603-5127
18898315       +Surface Solutions,    1500 Foundry Park, Suite 1,    Saint Charles, IL 60174-1555
18898317        Terminix Processing Center,    P.O. Box 742592,    Cincinnati, OH 45274-2592
18898318       +The Terminix International Company, L.P.,    860 Ridge Lake Blvd.,    Memphis, TN 38120-9424
18898319       +Troch-McNeil Paving Co., Inc.,    2425 Pan Am Blvd,    Elk Grove Village, IL 60007-6289
19605323       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK NA,    BANKRUPTCY DEPARTMENT,    PO BOX 5229,
                 CINCINNATI, OH 45201-5229)
18898321       +Village of Barrington,    200 S. Hough St.,    Barrington, IL 60010-4322
20972126       +Village of Bartlett Illinois,    228 S. Main Street,    Bartlett, IL 60103-4421
20972127       +Village of Streamwood Illinois,    301 E. Irving Park Road,    Streamwood, IL 60107-3096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18898242       +E-mail/Text: g20956@att.com Apr 03 2015 00:53:56      AT&T,   c/o Midland Bankruptcy,
                 5407 Andrews Hwy,    Midland, TX 79706-2851
21950067        E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2015 00:52:27
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
18898238       +E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2015 00:52:27       Ally Finance,    P.O. Box 200,
                 Detroit, MI 48265-2200
18898257        E-mail/Text: legalcollections@comed.com Apr 03 2015 00:54:04       ComEd,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
18898265        E-mail/Text: cio.bncmail@irs.gov Apr 03 2015 00:52:40      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
18898287       +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 03 2015 00:54:10
                 Illinois Dept. of Employment Security,    Bankruptcy Unit Collection Subdivision,
                 33 South State Street, 10th Floor,    Chicago, IL 60603-2808
18898305        E-mail/Text: bankrup@aglresources.com Apr 03 2015 00:52:18       Nicor Gas,    P.O. Box 2020,
                 Aurora, IL 60507-2020
                                                                                               TOTAL: 7
```

```
District/off: 0752-1           User: mrahmoun              Page 3 of 3            Date Rcvd: Apr 02, 2015
                               Form ID: pdf006             Total Noticed: 105


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18898303         MTH Industries,    One MTH Plaza,    IL 60182
19107086         Members of LLC
20972128         West Bend Mutual Ins. Co.,    1900 S. 18th Ave.,    MT 59095
20972119*       +F.J. Bero & Company,    1629 Weld Road,    Elgin, IL 60123-5825
18898290*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Special Procedures Branch,
                 230 S. Dearborn, Suite 3030A,    Attn: STOP 5010-CHI,    Chicago, IL 60604)
18898320*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    1586 N. Rand Rd.,    Palatine, IL 60074)
18898234       ##+Air Services Company,    108 Gateway Road,    Bensenville, IL 60106-1951
18898259       ##+Control Engineering Corporation,    2000 York Road, Suite 102,    Oak Brook, IL 60523-8863
18898280       ##+Grubb & Ellis Company,    9550 W Higgins Road,    Suite 1050,    Des Plaines, IL 60018-4962
18898291       ##+James McCaffrey,    3223 Lemmon Ave, Apt 2108,    Dallas, TX 75204-2359
18898311       ##+Saban Company,    255 Commonwealth Drive,    Carol Stream, IL 60188-2450
18898316       ##+Teresa Turner,    451 Ann St.,   Cary, IL 60013-1615
20972129       ##+Western Surety Company,    101 S. Phillips Ave.,    Sioux Fall, SD 57104-6735
                                                                                     TOTALS: 3, * 3, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2015 at the address(es) listed below:
              Brian Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
              Charles R. Gibbs, Jr.    on behalf of Trustee Brian  Audette cgibbs@perkinscoie.com,
               docketchi@perkinscoie.com
              Francisco Connell    on behalf of Plaintiff    Barrington Bank & Trust Company, N.A.
               fconnell@chuhak.com, hcummins@chuhak.com
              Francisco Connell    on behalf of Creditor    Barrington Bank & Trust Company, N.A.
               fconnell@chuhak.com, hcummins@chuhak.com
              James M Philbrick    on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
              Jordan Galassie    on behalf of Trustee Brian Audette jgalassie@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven B Chaiken    on behalf of Debtor Richard J. McCaffrey schaiken@ag-ltd.com,    lhope@ag-ltd.com
              Steven B Chaiken    on behalf of Joint Debtor Jane E. McCaffrey schaiken@ag-ltd.com,
               lhope@ag-ltd.com
              Timothy J McCaffrey    on behalf of Defendant Jane E Mccaffrey tmccaffrey@pircher.com
              Timothy J McCaffrey    on behalf of Defendant Richard J Mccaffrey tmccaffrey@pircher.com
                                                                                              TOTAL: 11
```