**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MCCAFFREY, RICHARD J. | § | Case No. 12-19309 |
| MCCAFFREY, JANE E. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $205,272.44   Assets Exempt: $13,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $49,812.71   Claims Discharged
                                              Without Payment: $3,205,079.71

Total Expenses of Administration: $11,922.98

---

3) Total gross receipts of $ 76,735.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $61,735.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $17,440.47 | $17,440.47 | $17,440.47 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,922.98 | 11,922.98 | 11,922.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,244,397.15 | 3,237,451.95 | 32,372.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,273,760.60 | $3,266,815.40 | $61,735.69 |

4) This case was originally filed under Chapter 7 on May 11, 2012. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2015       By: /s/Brian Audette
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Residence 147 Homewood Drive Fairm | 1110-000 | 8,000.00 |
| See Attached Rider to Schedule B (estimated valu | 1129-000 | 4,000.00 |
| 4 framed prints (estimated value at $200 each wi | 1129-000 | 800.00 |
| 2 gentlemen's wrist watches (estimated value wit | 1129-000 | 150.00 |
| Treadmill, Weight lifting set, and ping pong tab | 1129-000 | 600.00 |
| Personal injury claim related to 2011 auto accid | 1129-000 | 61,735.69 |
| 2008 Pontiac G6 (VIN 1G2ZH361984140140) - 21,742 | 1229-000 | 1,150.00 |
| Computer, iPad, desk with credenza, chair, file | 1229-000 | 300.00 |
| **TOTAL GROSS RECEIPTS** | | **$76,735.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard J. McCaffrey | Payment per 06.25.14 court order | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medicare | 4220-000 | N/A | 17,440.47 | 17,440.47 | 17,440.47 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$17,440.47** | **$17,440.47** | **$17,440.47** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 6,336.78 | 6,336.78 | 6,336.78 |
| Perkins Coie LLP | 3110-000 | N/A | 5,072.00 | 5,072.00 | 5,072.00 |
| Perkins Coie LLP | 3120-000 | N/A | 514.20 | 514.20 | 514.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,922.98 | $11,922.98 | $11,922.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dearborn Crane & Engineering Co | 7100-000 | N/A | 5,287.73 | 5,287.73 | 52.87 |
| 2 | US BANK NA | 7100-000 | N/A | 410.23 | 410.23 | 4.10 |
| 3 | Merchants & Manufacturers Bank | 7100-000 | N/A | 14,960.00 | 14,960.00 | 149.59 |
| 4 | Barrington Bank & Trust Company, N.A. | 7100-000 | N/A | 3,216,793.99 | 3,216,793.99 | 32,165.68 |
| 5 | Ally Bank serviced by Ally Servicing LLC | 7100-000 | N/A | 6,945.20 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,244,397.15 | $3,237,451.95 | $32,372.24 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-19309
**Case Name:** MCCAFFREY, RICHARD J.
MCCAFFREY, JANE E.
**Period Ending:** 10/20/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 05/11/12 (f)
**§341(a) Meeting Date:** 07/16/12
**Claims Bar Date:** 11/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 VOIDED DUPLICATE: Imported from original petition Doc# 16. Imported again as Asset #2 (Amended Schedule filed to correct property address). | 0.00 | 0.00 | | 0.00 | FA |
| 2 Single Family Residence 147 Homewood Drive Fairm Imported from Amended Doc#: 22 | 15,357.00 | 15,357.00 | | 8,000.00 | FA |
| 3 Cash Imported from Amended Doc#: 22 | 248.00 | 0.00 | | 0.00 | FA |
| 4 BMO Harris Bank (est) (checking account ending x Imported from Amended Doc#: 22 | 80.00 | 0.00 | | 0.00 | FA |
| 5 BMO Harris Bank (est) (checking account ending x Imported from Amended Doc#: 22 | 58.00 | 0.00 | | 0.00 | FA |
| 6 US Bank (est) (checking account ending x4637) Imported from Amended Doc#: 22 | 60.00 | 0.00 | | 0.00 | FA |
| 7 US Bank (est) (savings account ending x0852) Imported from Amended Doc#: 22 | 100.00 | 0.00 | | 0.00 | FA |
| 8 See Attached Rider to Schedule B (estimated valu Imported from Amended Doc#: 22 | 12,000.00 | 12,000.00 | | 4,000.00 | FA |
| 9 4 framed prints (estimated value at $200 each wi Imported from Amended Doc#: 22 | 800.00 | 800.00 | | 800.00 | FA |
| 10 Coin Set containing four silver coins commemorat Imported from Amended Doc#: 22 | 100.00 | 0.00 | | 0.00 | FA |
| 11 Personal clothing of Jane McCaffrey (estimated v Imported from Amended Doc#: 22 | 500.00 | 300.00 | | 0.00 | FA |
| 12 Personal clothing of Richard McCaffrey (estimate Imported from Amended Doc#: 22 | 200.00 | 200.00 | | 0.00 | FA |
| 13 Wedding ring, crucifix, and misc. costume jewelr Imported from Amended Doc#: 22 | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 2 gentlemen's wrist watches (estimated value wit Imported from Amended Doc#: 22 | 150.00 | 150.00 | | 150.00 | FA |
| 15 Treadmill, Weight lifting set, and ping pong tab Imported from Amended Doc#: 22 | 600.00 | 600.00 | | 600.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Period Ending:** 10/20/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 05/11/12 (f)  
**§341(a) Meeting Date:** 07/16/12  
**Claims Bar Date:** 11/23/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Variable life insurance policy with Prudential L<br>Imported from Amended Doc#: 22 | 93,962.72 | 93,862.72 | | 0.00 | FA |
| 17 | Variable universal life insurance policy with Am<br>Imported from Amended Doc#: 22 | 76,608.32 | 76,508.32 | | 0.00 | FA |
| 18 | Annuity with the Hartford Life Insurance Compani<br>Imported from Amended Doc#: 22 | 5,396.40 | 5,296.40 | | 0.00 | FA |
| 19 | McCaffrey Design, Inc. (100% ownership interest)<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | McCaffrey3, Inc. ("M3") (100% ownership interest<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Mc Marketing (100% ownership interest) - sole pr<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Class B Membership interest in CD Hayes Holdings<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | McCaffrey Family Limited Partnership ("MFLP") (1<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Loans to McCaffrey Design which the Debtors beli<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Loans to McCaffrey3, Inc. which the Debtors beli<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Loans to McCaffrey3, Inc. which the Debtors beli<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Loans to Brian and Debra McCaffrey which the Deb<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2011 Joint Tax Refunds (both Federal and State)<br>Imported from Amended Doc#: 22 | 1,459.00 | 0.00 | | 0.00 | FA |
| 29 | Personal injury claim related to 2011 auto accid<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 61,735.69 | FA |
| 30 | Various calculations, spreadsheet formulations,<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Published and unpublished articles, essays and o<br>Imported from Amended Doc#: 22 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-19309
**Case Name:** MCCAFFREY, RICHARD J.
MCCAFFREY, JANE E.
**Period Ending:** 10/20/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 05/11/12 (f)
**§341(a) Meeting Date:** 07/16/12
**Claims Bar Date:** 11/23/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | 2008 Pontiac G6 (VIN 1G2ZH361984140140) - 21,742<br>Imported from Amended Doc#: 22 | 16,000.00 | 4,867.79 | | 1,150.00 | FA |
| 33 | 2010 Buick Enclave WIN 5GALRBED4AJ211435) - 55,9<br>Imported from Amended Doc#: 22 | 24,000.00 | 0.00 | | 0.00 | FA |
| 34 | Computer, iPad, desk with credenza, chair, file<br>Imported from Amended Doc#: 22 | 400.00 | 300.00 | | 300.00 | FA |
| 34 | **Assets** Totals (Excluding unknown values) | **$250,579.44** | **$210,242.23** | | **$76,735.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's Final Report and Fee Applications have been approved by the U.S.T. and the bankruptcy court. Distribution checks were mailed to the claimants on April 23, 2015. Trustee will file a TDR once all checks have cleared.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013      **Current Projected Date Of Final Report (TFR):** March 31, 2015 (Actual)

Printed: 10/20/2015 02:50 PM    V.13.23

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Taxpayer ID #:** **-***0655  
**Period Ending:** 10/20/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/13 | | Jane E. McCaffrey & Richard J. McCaffrey | Purchase of equity in multiple assets per 10/23/13 court order | | 15,000.00 | | 15,000.00 |
| | {2} | | 8,000.00 | 1110-000 | | | 15,000.00 |
| | {8} | | 4,000.00 | 1129-000 | | | 15,000.00 |
| | {9} | | 800.00 | 1129-000 | | | 15,000.00 |
| | {14} | | 150.00 | 1129-000 | | | 15,000.00 |
| | {15} | | 600.00 | 1129-000 | | | 15,000.00 |
| | {32} | | 1,150.00 | 1229-000 | | | 15,000.00 |
| | {34} | | 300.00 | 1229-000 | | | 15,000.00 |
| 08/07/14 | | Rapoport Law Offices, P.C. | | | 44,295.22 | | 59,295.22 |
| | {29} | | Payment per 06/25/14 court order  95,000.00 | 1129-000 | | | 59,295.22 |
| | {29} | Rapoport Law Offices, P.C. | Special counsel fees per 06/25/14 court order  -31,666.66 | 1129-000 | | | 59,295.22 |
| | {29} | Rapoport Law Offices, P.C. | Special counsel expenses per 06/25/14 court order  -1,597.65 | 1129-000 | | | 59,295.22 |
| | {29} | Medicare | Payment of lien per 06/25/14 court order  -17,440.47 | 1142-000 | | | 59,295.22 |
| 08/07/14 | {29} | American Family Insurance Group - Madison, Wisconsin | | 1129-000 | 17,440.47 | | 76,735.69 |
| 08/14/14 | 101 | Medicare | Payment per 06.25.14 court order | 4220-000 | | 17,440.47 | 59,295.22 |
| 08/14/14 | 102 | Richard J. McCaffrey | Payment per 06.25.14 court order | 8100-002 | | 15,000.00 | 44,295.22 |
| 04/23/15 | 103 | Perkins Coie LLP | Dividend paid 100.00% on $5,072.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,072.00 | 39,223.22 |
| 04/23/15 | 104 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $6,336.78, Trustee Compensation; Reference: | 2100-000 | | 6,336.78 | 32,886.44 |
| 04/23/15 | 105 | Perkins Coie LLP | Dividend paid 100.00% on $514.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 514.20 | 32,372.24 |
| 04/23/15 | 106 | Dearborn Crane & Engineering Co | Dividend paid 0.99% on $5,287.73; Claim# 1; Filed: $5,287.73; Reference: | 7100-000 | | 52.87 | 32,319.37 |
| 04/23/15 | 107 | US BANK NA | Dividend paid 0.99% on $410.23; Claim# 2; Filed: $410.23; Reference: | 7100-000 | | 4.10 | 32,315.27 |
| 04/23/15 | 108 | Merchants & Manufacturers Bank | Dividend paid 0.99% on $14,960.00; Claim# 3; Filed: $14,960.00; Reference: Stopped on 09/04/15 | 7100-000 | | 149.59 | 32,165.68 |
| 04/23/15 | 109 | Barrington Bank & Trust Company, | Dividend paid 0.99% on $3,216,793.99; | 7100-000 | | 32,165.68 | 0.00 |

Subtotals : $76,735.69   $76,735.69

{} Asset reference(s)   Printed: 10/20/2015 02:50 PM   V.13.23

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-19309  
**Case Name:** MCCAFFREY, RICHARD J.  
MCCAFFREY, JANE E.  
**Taxpayer ID #:** **-***0655  
**Period Ending:** 10/20/15

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | N.A. | Claim# 4; Filed: $3,216,793.99; Reference: | | | | |
| 09/04/15 | 108 | Merchants & Manufacturers Bank | Dividend paid   0.99% on $14,960.00; Claim# 3; Filed: $14,960.00; Reference:<br>Stopped: check issued on 04/23/15 | 7100-000 | | -149.59 | 149.59 |
| 09/04/15 | 110 | Merchants & Manufacturers Bank | Re-issued distribution check | 7100-000 | | 149.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 76,735.69 | 76,735.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 76,735.69 | 76,735.69 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$76,735.69** | **$61,735.69** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7566** | 76,735.69 | 61,735.69 | 0.00 |
| | **$76,735.69** | **$61,735.69** | **$0.00** |

{} Asset reference(s)